IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**KEN CORBETT FARMS LLC,**

      Plaintiff,

v.                                          Civil Action 7:12-CV-87 (HL)

**TJ PRODUCE INC.,** *et al.,*

      Defendants.

### ORDER

Counsel for Plaintiff is ordered to provide a report in writing as to the status of this litigation. The report must be filed no later than February 26, 2013.

**SO ORDERED**, this the 12th day of February, 2013.

                                                      */s/ Hugh Lawson*
                                                      **HUGH LAWSON, SENIOR JUDGE**

ebr